**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re: MARLON C. GEORGE
MERSHA D. CLARKE-GEORGE

Case No: 11-37869-JKO
Chapter 13

Debtor /

**DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE FILED BY WELLS FARGO BANK N.A. (POC 6)**

**COMES NOW** the above-named Debtor, by and through undersigned attorney of record, and hereby files Debtor's Objection to Notice of Payment Change Filed by Wells Fargo Bank N.A. (POC 6) (referred herein as "Creditor") and in support hereof alleges and says as follows:

1. Creditor filed a Notice of Payment Change pertaining to Proof of Claim No. 6, indicating that there has been a change in the payment amount due to an adjustment in escrow yielding a monthly payment of $2,014.12.
2. According to the Notice of Payment Change, the date the change will take effect is August 1st, 2016, yet the notice was filed on October 7th, 2016.
3. Pursuant to Bankruptcy Rule 3002,1(b) a Notice of Mortgage Payment Change shall be filed at least 21 days before the new payment amount is due. Consequently, Creditor has failed to comply with the requirements of timely submission.
4. Moreover, the Notice of Payment Change states that there is no adjustment to Debtor's principal and interest payment yet the escrow disclosure statement attached therein shows that the monthly principal and interest payment is $1,368.89.
5. The current monthly principal and interest payment is $1,026.75 as reflected on the most recent Notice of Mortgage Payment Changed filed on July 17th, 2014.

6. With regards to the escrow component, the Notice of Payment Change presents an increase from $350.99 to $645.23 a month based largely in part, on an escrow shortage of $2,770.76.
7. The Chapter 13 plan payment provides for treatment of this Creditor in the form of payments in the amount of $1,504.14. This sum is comprised of principal and interest payments of $1,026.75 and escrow component of $377.53.
8. Upon information and belief, the escrow shortage in the amount of $2,770.76 may be based on a misapplication of funds towards the principal and interest portion of the payment.
9. Debtor hereby requests an accounting and itemization of the escrow account.

**WHEREFORE,** the debtor respectfully prays of the Court as follows:

A. That a hearing on this matter be held;

B. That, if applicable, the Court strike the Notice of Payment Change filed by Wells Fargo Bank (POC 6) as untimely; in the alternative, the payment change shall take effect 21 days after the submission of the notice;

C. That, if applicable, the Court make a determination as to the principal and interest payment;

D. That, if applicable, the Court make a determination as to any amounts owed to creditor in the form of escrow shortage;

E. That, if applicable, the Creditor provide an accounting of the escrow account.

F. That the Debtor receives such other and further relief as to the Court may seem just and proper.

DATED this 27th day of October, 2016.

Respectfully submitted,

Bankruptcy Law Firm of Clare Casas PA
Attorneys for Debtor
7450 Griffin Road, Suite 170
Davie, Florida 33314
Telephone: (954) 255-2022
Facsimile: (954) 727-9976
E-mail: clarecasas@ombankruptcy.com

BY /s/ Clare Casas
Clare Casas (FBN 0663239)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).
I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.